IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMAESHI NWOZUZU,** | No. 2:05-CV-01938 MCE DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **DAVE L. RUNNELS, et al.,** | |
| Defendants. | |

The Court, having considered defendants Runnels, Coleman, Loiler, Kingstrom and Lamberton's first request for an extension of time to respond to plaintiff's complaint, and good cause having been found,

**IT IS ORDERED** that Defendants' January 9, 2006 request for extension of time is granted and Defendants are granted an extension of time, to and including February 6, 2006, to complete and serve their initial response to plaintiff's complaint.

DATED: January 11, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/nwoz1938.extresponse