IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

    Plaintiff,               No. CIV S-05-1938 MCE DAD P

   vs.

DAVE L. RUNNELS, et al.,

    Defendants.         ORDER

_____/

       Plaintiff has filed a Request for Production of Documents addressed to and served on Jeanne Woodford, Director of the California Department of Corrections. Plaintiff cites Rules 34(c) and 45(c)(2)(B) of the Federal Rules of Civil Procedure. Ms. Woodford is not a party to this action and can be compelled to produce documents only by subpoena. See Fed. R. Civ. P. 34(c). Plaintiff, who is proceeding pro se, has not requested issuance of a subpoena.

       The United States Marshal has returned waivers of service of summons for five of the eight defendants, and those defendants have requested and received an extension of time to respond to plaintiff's complaint. The court has not yet issued a discovery order. Plaintiff may request issuance of a subpoena to a non-party at a later time, after a discovery order has been issued and after plaintiff has sought documents from one or more parties pursuant to Rule 34. Copies of discovery requests properly served on defendants' counsel pursuant to Rules 33, 34,

1  and 36 shall not be submitted to the court for filing except as exhibits to properly filed motions to
2  compel, should such motions be necessary.
3  Plaintiff's request for production of documents was placed in the mail on January
4  8, 2006. On January 9, 2006, defendants Lamberton, Runnels, Coleman, Loiler, and Kingstrom.
5  filed their request for extension of time. Every document plaintiff submits for filing in this case
6  in the future must include a proof of service reflecting service of a copy of the document on
7  defendants' counsel.
8  Accordingly, IT IS HEREBY ORDERED that plaintiff's January 12, 2006 request
9  for production of documents will be disregarded.
10 DATED: January 24, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
nwoz1938.411mod