IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

    Plaintiff,      No. CIV S-05-1938 MCE DAD P

  vs.

DAVE L. RUNNELS, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to respond to defendants' February 6, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 3, 2006 request for extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition to defendants' motion to dismiss; defendants' reply, if any, shall be filed and served in accordance with Local Rule 78-230(m).

DATED: March 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
nwoz1938.36