IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

    Plaintiff,                        No. CIV S-05-1938 MCE DAD P

    vs.

DAVE L. RUNNELS, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has filed a motion for certification of a plaintiff class pursuant to Rule 23 of the Federal Rules of Civil Procedure. Plaintiff did not bring this case as a class action and cannot pursue the case as a class action for several reasons. First, plaintiff's claims arise from events that happened to him over several years at one institution. Second, plaintiff has not sought class relief and his claims would not support such relief. Third, plaintiff is a non-lawyer proceeding without counsel. It is well established that a layperson cannot ordinarily represent the interests of a class. See McShane v. United States, 366 F.2d 286 (9th Cir. 1966). This rule becomes almost absolute when the putative class representative is incarcerated and proceeding pro se. Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975). Plaintiff would be unable to "fairly and adequately protect the interests of the class," as required by Rule 23(a)(4). See Martin v. Middendorf, 420 F. Supp. 779 (D.D.C. 1976).

IT IS HEREBY ORDERED that plaintiff's February 9, 2006 motion for certification of a plaintiff class is denied.

DATED: July 10, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
nwoz1938.cert