IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMAESHI NWOZUZU,** | CASE NO. 2:05-CV-1938 MCE DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| **DAVE L. RUNNELS, et al,** | |
| Defendants. | |

Good cause appearing, Defendants' June 30, 2006 motion is granted, and Defendants are relieved of their obligation to respond to Plaintiff's special interrogatories and other discovery requests pending the Court's ruling on Defendants' February 6, 2006 motion to dismiss and issuance of a discovery order.

**IT IS SO ORDERED.**

DATED: July 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/nwoz1938.protord