IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,　　　　　　　　　　No. 2:05-cv-1938-MCE-DAD-P

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　ORDER

DAVE L. RUNNELS, et al.

　　　　Defendants.
_____/

　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　On July 11, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1

| | |
|---|---|
| 1 | Plaintiff has filed Objections to the Findings and |
| 2 | Recommendations. |

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed July 11, 2006, are adopted in full;

    2. Defendants' February 6, 2006 Motion to Dismiss is granted in part; and

    3. The following issues alleged in Plaintiff's Complaint are deemed to be unexhausted supporting allegations rather than separate claims for relief: the altercation with inmate Baskin; conditions in administrative segregation; denial of the use of the shower for disabled inmates; squashing and kicking Plaintiff's apple under the door of his cell; cell searches in March 2005; use of waist chains during medical transport; restrictions on Muslim inmates' religious headgear; and confiscation of Plaintiff's dictionary.

DATED: August 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE