IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

    Plaintiff,                    No. CIV S-05-1938 MCE DAD P

    vs.

DAVE L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

        By order filed on August 21, 2006, the district judge has adopted the findings and recommendations filed by the undersigned on July 11, 2006, and defendants' February 6, 2006 motion to dismiss has been granted in part. By this order, defendants will be granted twenty days to file and serve their answer to plaintiff's complaint. A discovery order will be issued concurrently with this order, and the protective order entered on July 11, 2006, will be terminated.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' answer to plaintiff's complaint shall be filed and served within twenty days after this order is filed;

        2. The protective order entered on July 11, 2006, is terminated; and

/////

1

3. Defendants shall serve their responses to plaintiff's pending discovery requests within forty-five days after this order is filed.

DATED: August 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
nwoz1938.ans