IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMAESHI NWOZUZU,** <br><br> Plaintiff, <br><br> v. <br><br> **DAVE L. RUNNELS, et al,** <br><br> Defendants. | No. 2:05-CV-01938 MCE DAD P <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |

The Court, having considered defendants Runnels, Coleman, Loiler, Kingstrom and Lamberton's first request for an extension of time to respond to Plaintiff's interrogatories, and good cause having been found,

**IT IS ORDERED** that Defendants' October 23, 2006 request is granted and Defendants are granted thirty days from the date this order is served to complete and serve their response to Plaintiff's interrogatories.

DATED: October 24, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/nwoz1938.extdisc