IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMAESHI NWOZUZU,** | No. 2:05-CV-01938 MCE DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES** |
| v. | |
| **DAVE L. RUNNELS, et al.,** | |
| Defendants. | |

The Court, having considered defendants Runnels, Coleman, Loiler, Kingstrom and Lamberton's request for a second extension of time to respond to Plaintiff's interrogatories, and good cause having been found,

**IT IS ORDERED** that Defendants are granted an additional thirty days nunc pro tunc to November 21, 2006, to complete and serve their responses to Plaintiff's interrogatories.

DATED: January 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/nwoz1938.extdisc2