IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

    Plaintiff,          No. CIV S-05-1938 MCE DAD P

    vs.

DAVE L. RUNNELS, et al.,

    Defendants.          ORDER

_____/

        By order filed January 24, 2006, plaintiff was advised that copies of discovery requests sent to defendants' counsel "shall not be submitted to the court for filing except as exhibits to properly filed motions to compel, should such motions be necessary." (Order filed Jan. 24, 2006, at 1-2.) The copy of plaintiff's request for production of documents filed on January 12, 2006 was disregarded. (Id.) Despite the court's order, plaintiff filed a copy of interrogatories on June 26, 2006. On August 22, 2006, the court issued a Discovery Order instructing the parties not to file copies of discovery requests and discovery responses except when required by a specific rule. (Order filed Aug. 22, 2006, at 1.) Plaintiff has now filed another copy of interrogatories.

        Plaintiff has been ordered repeatedly not to file discovery requests and discovery responses except as exhibits to properly filed motions to compel or when required by a specific

1

rule. Plaintiff is advised that characterizing his interrogatories as "special" does not justify the flouting of multiple court orders. Labeling his interrogatories "Notification for Court Docket" is equally unavailing. Plaintiff is now cautioned that a sanction will be imposed for the filing of any subsequent discovery request or discovery response unless the request or response is submitted pursuant to a specific rule or presented as an exhibit to a motion or opposition to a motion.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's January 3, 2007 interrogatories will be disregarded; and

    2. The Clerk shall indicate on the docket for this case that plaintiff's interrogatories filed June 26, 2006 (docketed as #27), and plaintiff's interrogatories filed January 3, 2007 (docketed as #46) are disregarded pursuant to this order.

DATED: January 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
nwoz1938.411sec