IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

        Plaintiff,                          No. CIV S-05-1938 MCE DAD P

    vs.

DAVE L. RUNNELS, et al.,          <u>ORDER REQUIRING</u>

        Defendants.               <u>STATUS REPORT</u>

_____/

        This matter has now been at issue for sufficient time that it may be time for a scheduling order. Plaintiff and defendants shall each file and serve a status report that addresses the following topics:

        1. Whether this matter is ready for trial and, if not, why not;

        2. Whether additional discovery is deemed necessary and, if so, the nature and scope of the discovery and the time needed in which to complete it;

        3. Whether additional pretrial motions are contemplated and, if so, the type of motion and the time needed to file it and complete the briefing schedule set forth in Local Rule 78-230(m);

        4. A narrative statement of the facts that will be offered by oral or documentary evidence at trial;

5. A list of exhibits the party expects to offer into evidence at trial;

6. A list of the names and addresses of witnesses the party expects to call at trial;

7. A summary of the anticipated testimony of any incarcerated witnesses;

8. The time estimated for trial;

9. Whether either party has requested trial by jury; and

10. Any other matter, not covered above, which the party desires to call to the attention of the court.

The parties are informed that they may, if all consent, have this case tried before a United States Magistrate Judge while preserving the right to appeal to the United States Court of Appeals. An appropriate form for consent to trial before a magistrate judge is attached. Any party choosing to consent may complete the form and return it to the Clerk of the Court. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form unless all parties to the action have filed consent forms.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's status report shall be filed and served within thirty days after this order is served. Defendants' status report shall be filed and served within thirty days after plaintiff's status report is served. The parties are advised that failure to file a status report in accordance with this order may result in the imposition of sanctions, including dismissal of the action or preclusion of issues or witnesses.

2. The Clerk of the Court is directed to send all parties the form "Consent to Proceed Before United States Magistrate Judge," together with the instant order.

DATED: January 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
nwoz1938.40