IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

    Plaintiff,                    No. CIV S-05-1938 MCE DAD P

    vs.

DAVE L. RUNNELS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file the status report required by the court's order filed January 8, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 24, 2007 request for extension of time is granted.

        2. Plaintiff shall file and serve his status report on or before March 5, 2007, and defendants' status report shall be filed and served within thirty days thereafter.

DATED: January 31, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
nwoz1938.36psr