IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMAESHI NWOZUZU,

    Plaintiff,                         No. CIV S-05-1938 MCE DAD P

    vs.

DAVE L. RUNNELS, et al.,

    Defendants.                      ORDER

_____/

        On December 14, 2007, the undersigned issued findings and recommendations, recommending that defendants' motion for summary judgment be granted. In light of the pending findings and recommendations, the court will vacate scheduling order dates related to pretrial statements, pretrial conference, and jury trial. The court will issue a revised scheduling order if necessary after the assigned district judge has ruled on the matter.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Scheduling order dates related to plaintiff's pretrial statement (January 11, 2008), defendants' pretrial statement (January 18, 2008), pretrial conference (January 25, 2008) and jury trial (April 2, 2008) are vacated. The remainder of the court's April 20, 2007 scheduling order will remain in effect; and

/////

1

2. The court will issue a revised scheduling order if necessary after the assigned district judge has ruled on the pending findings and recommendations.

DATED: January 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
nwoz1938.vac41